IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T. BUCHANAN, | Case No. 1:11-cv-00647 JLT (PC) |
| Plaintiff, | ORDER RE: CONSENT FORM |
| vs. | (Doc. 6.) |
| FRANK X. CHAVEZ, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On June 13, 2011, the Court instructed Plaintiff to complete a consent/decline consent form regarding U.S. Magistrate Judge jurisdiction. (Doc. 5.) On June 21, 2011, Plaintiff returned the form, but signed both the consent and decline to consent portions of the form. (Doc. 6.)

Accordingly, it is **HEREBY ORDERED** that:

1. The Clerk of the Court is directed to send Plaintiff a third consent form authorized by this Court; and

2. Within thirty days of the date of this order, Plaintiff shall complete and submit the form with an election to *either* consent *or* decline jurisdiction of a U.S. Magistrate Judge.

IT IS SO ORDERED.

Dated: **June 23, 2011**                               /s/ Jennifer L. Thurston
                                                                  UNITED STATES MAGISTRATE JUDGE