UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T. BUCHANAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRANK CHAVEZ, et. al,<br><br>　　　　Defendants. | Case No.: 1:11-cv-00647 JLT (PC)<br><br>ORDER TO SHOW CAUSE WHY MATTER SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDERS<br><br>(Doc. 13). |

　　　　Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On December 21, 2012, the Court dismissed Plaintiff's Complaint, but allowed him 21 days to file an amended complaint to address the deficiencies outlined by the Court.  (Doc. 13).  The Court's order also warned Plaintiff that if he failed to comply with the order, the Court may recommend the matter be dismissed.  (<u>Id</u>.).   Despite the Court's order and warning, Plaintiff has failed to file an amended pleading.

　　　　Accordingly, it is **HEREBY ORDERED** that **within 14** days from the date of this order, Plaintiff **SHALL** show cause in writing why this action should not be dismissed for failure to prosecute or follow the Court's Order.  Alternatively, within the same 14-day period, Plaintiff **SHALL** notify the Court he wishes to proceed only on the cognizable claims or file an amended complaint.

///

///

1

1 **Plaintiff is cautioned that if he fails to comply with this order, the Court will dismiss his matter.**

IT IS SO ORDERED.

Dated:  **January 25, 2013**                           /s/ Jennifer L. Thurston
                                                                              UNITED STATES MAGISTRATE JUDGE